454 A.2d 174

Commonwealth v. Stanley, Appellant.

Submitted September 14, 1982. Arthur G. Nas-

sau, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., McEWEN and HOFFMAN, JJ.

The judgment of sentence of the lower court is affirmed.